## Commonwealth *v.* Green, Appellant.

Argued March 22, 1967. *Jay Meyers,* for appellant; *Robert M. Borden,* Assistant District Attorney, with him *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.